*E-Filed 2/3/11*

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
VICTOR M. LAWRENCE
Principal Assistant Director
NICOLE R. PRAIRIE, DCBN 982601
Trial Attorney

      P.O. Box 868, Ben Franklin Station
      Washington, D.C.  20044
      Telephone: (202) 532-4074; FAX: (202) 305-7000

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ )<br>Abdul Rahman Chehab, )<br> )<br>     Plaintiff, )<br> )<br>     v. )<br> )<br>F. Gerard Heinauer, et al., )<br> )<br>     Defendants. )<br>_____) | Case No. C 10-5325-RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

      1.  Plaintiffs filed this action on or about November 23, 2010 and served the U.S.

Attorney on December 2, 2010.  Defendants' response is due on January 31, 2011.

      2.  Defendants are in the process of gathering information in this case and thus require

additional time before filing an answer.  The parties will also be involved in discussions to

determine whether they can resolve this matter without further litigation.

3.  Therefore, the parties hereby respectfully request this Court to order a thirty-day extension of time within which Defendants must serve their response in the above-entitled action.  Defendants will file their response on or before March 2, 2011.

Respectfully submitted,

Dated: January 28, 2011

/s/ Nicole R. Prairie
NICOLE R. PRAIRIE[1]
Trial Attorney
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC  20044
Telephone: (202) 532-4074
Facsimile: (202) 305-7000
Email: Nicole.Prairie@usdoj.gov

Dated: January 31, 2011

/s/ Robert B. Jobe
ROBERT B. JOBE
Law office of Robert B. Jobe
550 Kearney Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/3/11

United States District Judge

---

[1]  I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.