*E-Filed 2/10/11*

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
SAMUEL P. GO
Senior Litigation Counsel
NICOLE R. PRAIRIE, DCBN 982601
Trial Attorney

      P.O. Box 868, Ben Franklin Station
      Washington, D.C.  20044
      Telephone: (202) 532-4074; FAX: (202) 305-7000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abdul Rahman Chehab, | )<br>)<br>) |
|       Plaintiff, | )<br>) Case No. C 10-5325-RS |
| v. | )<br>)<br>) **STIPULATION TO DISMISS** |
| F. Gerard Heinauer, et al., | )<br>) |
|       Defendants. | )<br>) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of this action.  In his Complaint, Plaintiff sought an order from this Court compelling Defendants to adjudicate his I-485 Application for Adjustment of Status.  *See* Complaint, Prayer for Relief ¶ 5.  On January 31, 2011, however, U.S. Citizenship and Immigration Services granted Plaintiff's application and issued a notice reflecting such approval.  Accordingly, Plaintiff's Complaint is now moot.  *See Peng v. Gonzales*, No. C 06-07872-JCS, 2007 WL 2141270 *5 (N.D. Cal. July 25, 2007) ("In the immigration context, a claim for mandamus relief compelling adjudication of

an adjustment of status application is moot if the application has been adjudicated."). Thus, the parties jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Court approve the dismissal of this matter in its entirety. Each party shall bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

                Respectfully submitted,

Dated: February 10, 2011   /s/ Nicole R. Prairie
              NICOLE R. PRAIRIE[1]
              Trial Attorney
              District Court Section
              Office of Immigration Litigation
              Civil Division
              U.S. Department of Justice
              P.O. Box 868, Ben Franklin Station
              Washington, DC  20044
              Telephone: (202) 532-4074
              Facsimile: (202) 305-7000
              Email: Nicole.Prairie@usdoj.gov

Dated: February 10, 2011   /s/ Robert B. Jobe
              ROBERT B. JOBE
              Law office of Robert B. Jobe
              550 Kearney Street, Ste. 200
              San Francisco, CA 94108
              Tel: (415) 956-5513

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  2/10/11

Hon. Richard Seeborg
United States District Judge

---

[1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.